UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                              Plaintiff,

        v.

EMBASSY OF ISRAEL, et al.,

                              Defendants.

CASE NO. C26-5104-BJR

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation, ECF No. 2, of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's objections thereto, ECF No. 3, and the remaining record of the case, and hereby ADOPTS the Report and Recommendation.

John Robert Demos, Jr. is a prolific and abusive litigant subject to a pre-filing bar order in this Court. *See In re John Robert Demos*, MC91-269-CRD, ECF No. 1 (W.D. Wash. Jan. 16, 1992) ("Bar Order"). The Bar Order limits Plaintiff to no more than three *in forma pauperis* ("IFP") applications and proposed actions per calendar year, and he has already exceeded this limitation by filing at least 20 other IFP applications and proposed civil suits thus far in 2026. *See, e.g.*, *Demos v. Government Accountability Office*, C26-235-RAJ (W.D. Wash.); *Demos v. Government Accountability Office*, C26-238-RSM (W.D. Wash.); *Demos v. Blackstone Group*, C26-255-JCC (W.D. Wash.); *Demos v. Steve Sandberg, et al.*, C26-701-RSL (W.D. Wash.). The

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

Bar Order further provides that any complaint, whether accompanied by a filing fee or an IFP application, "will not be accepted for filing unless the complaint is accompanied by an affidavit that the claims presented have not been presented in any other action in any court and that [Plaintiff] can and will produce evidence to support his claims." *Id.* at 3.

Plaintiff has not complied with the requirements governing his filings in this Court. He has exceeded the three-filing limit for the current calendar year and failed to submit the required affidavit. Nor has he plausibly alleged that he is under imminent danger. Construed liberally, Plaintiff's objections do not meaningfully address, let alone rebut, these dispositive deficiencies. Further, the Court declines to address Plaintiff's laundry list of objections that are unrelated to the Report and Recommendation. *See United States v. Ramos*, 65 F.4th 427, 435 (9th Cir. 2023) (district court has "no obligation to provide individualized analysis of each objection").

Accordingly, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation, ECF No.2.

(2)    Plaintiff's proposed complaint (ECF No. 1-1) is dismissed without prejudice, the IFP application is denied (ECF No. 1), and this case is closed.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 7th day of April 2026.

BARBARA J. ROTHSTEIN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2